**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARTURO RODRIGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>REYNOLDS SERVICES, INC.,<br><br>        Defendant. | Case No. 0:21-cv-1207-PAM-HB |

## NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff ARTURO RODRIGUEZ and Defendant PACTIV EVERGREEN SERVICES INC. (formerly Reynolds Services Inc.) hereby submit notice that they have reached settlement in principle to resolve this action, and request that further proceedings, including the July 15, 2021 deadline for Defendant to answer or otherwise plead in response to Plaintiff's Amended Complaint, be stayed as the Parties work to finalize a settlement agreement. The Parties anticipate filing a Joint Stipulation for dismissal within thirty (30) days.

| | |
|---|---|
| **DATED: July 14, 2021** | Respectfully submitted, |
| | PACTIV EVERGREEN SERVICES INC. |
| | By: s/ Erin K. Lisle |
| | One of Their Attorneys |

Erin K. Lisle
**Berens & Miller, P.A.**
3720 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
(612) 349-6171
elisle@berensmiller.com

| | |
|---|---|
| **DATED: July 14, 2021** | Respectfully submitted, |
| | ARTURO RODRIGUEZ |
| | By: s/ Mark Klotzbuecher |
| | One of Their Attorneys |

Mark Klotzbuecher (MN Bar # 0398631)
Zachary Schmoll (MN Bar # 0396093)
**FIELDS LAW FIRM**
9999 Wayzata Blvd Minnetonka, MN 55305
Office: 612-370-1511
Mark@Fieldslaw.com
Zach@Fieldslaw.com