## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

ARTURO RODRIGUEZ,

               Plaintiff,

     v.

REYNOLDS SERVICES, INC.,

           Defendant.

Case No. 0:21-cv-1207 (PAM/HB)

### NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff ARTURO RODRIGUEZ and Defendant PACTIV EVERGREEN SERVICES INC. (formerly Reynolds Services Inc.) hereby submit notice that they have reached settlement in principle to resolve this action, and request that further proceedings, including the July 15, 2021 deadline for Defendant to answer or otherwise plead in response to Plaintiff's Amended Complaint, be stayed as the Parties work to finalize a settlement agreement. The Parties anticipate filing a Joint Stipulation for dismissal within thirty (30) days.

Dated:  July 15, 2021

**BERENS & MILLER, P.A.**

s/Barbra Podlucky Berens
Barbara Podlucky Berens (#209778)
Erin K. F. Lisle (#238168)
Carrie L. Zochert (#291778)
80 South 8th Street
3720 IDS Center
Minneapolis, MN  55402
(612) 349-6171
bberens@berensmiller.com
elisle@berensmiller.com
czochert@berensmiller.com

***ATTORNEYS FOR PACTIV EVERGREEN SERVICES INC. (FORMERLY REYNOLDS SERVICES, INC.)***

Dated:  July 15, 2021

**FIELDS LAW FIRM**

s/Mark Klotzbuecher

Mark Klotzbuecher (MN Bar # 0398631)
Zachary Schmoll (MN Bar # 0396093)
**FIELDS LAW FIRM**
9999 Wayzata Blvd Minnetonka, MN 55305
Office: 612-370-1511
Mark@Fieldslaw.com
Zach@Fieldslaw.com

***ATTORNEYS FOR***
***ARTURO RODRIGUEZ***