# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ARTURO RODRIGUEZ,<br><br>      Plaintiff,<br><br>v.<br><br>REYNOLDS SERVICES, INC.,<br><br>      Defendant. | Case No. 0:21-cv-1207 PAM/HB<br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B)** |

Plaintiff ARTURO RODRIGUEZ and Defendant PACTIV EVERGREEN SERVICES INC. (formerly Reynolds Services Inc.) hereby submit this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B). Each party shall bear its own fees and costs.

Dated:  August 9, 2021

**BERENS & MILLER, P.A.**

s/Barbra Podlucky Berens
Barbara Podlucky Berens (#209778)
Erin K. F. Lisle (#238168)
Carrie L. Zochert (#291778)
80 South 8th Street
3720 IDS Center
Minneapolis, MN  55402
(612) 349-6171
bberens@berensmiller.com
elisle@berensmiller.com
czochert@berensmiller.com

***ATTORNEYS FOR PACTIV EVERGREEN SERVICES INC. (FORMERLY REYNOLDS SERVICES, INC.)***

2

Dated:  August 9, 2021                    **FIELDS LAW FIRM**

<u>s/Mark Klotzbuecher</u>

Mark Klotzbuecher (MN Bar # 0398631)
Zachary Schmoll (MN Bar # 0396093)
**FIELDS LAW FIRM**
9999 Wayzata Blvd
Minnetonka, MN 55305
Office: 612-370-1511
Mark@Fieldslaw.com
Zach@Fieldslaw.com

***ATTORNEYS FOR
ARTURO RODRIGUEZ***

2