UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Arturo Rodriguez,                               Civ. No. 21-1207 (PAM/HB)

         Plaintiff,

v.                                                    **ORDER**

Reynolds Services, Inc.,

         Defendant.

This matter is before the Court on the parties' Stipulation of Dismissal with prejudice. (Docket No. 11.)

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, and each party to bear its own attorney's fees, expenses, and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Wednesday, August 11, 2021

                                         *s/ Paul A. Magnuson*
                                         Paul A. Magnuson
                                         United States District Court Judge