# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Arturo Rodriguez, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21cv1207 PAM/HB |
| Reynolds Services, Inc., | |
| Defendant. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED with prejudice**, and each party to bear its own attorney's fees, expenses, and costs.

Date: 8/12/2021                                                                           KATE M. FOGARTY, CLERK